UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SABRINA WOOD**,

        Plaintiff,

   v.

**RADWARE, INC., ET AL.**,

        Defendants.

Case No. 15-cv-01178-YGR

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASE**

Re: Dkt. No. 30

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Counsel for Plaintiff Sabrina Wood is hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within three (3) business days after receipt of the [moving party's] letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers." (Standing Order in Civil Cases, ¶ 9(a).)

Defendant Radware, Inc., et al., filed its pre-filing conference letter on March 7, 2016, and offered multiple dates for a pre-filing conference. (Dkt. No. 30.) To date, Plaintiff has failed to file a response to that letter.

A hearing on this Order to Show Cause, as well as a pre-filing conference on the summary judgment motion, shall be held on **Tuesday, March 22, 2016, at 2:00 p.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Counsel shall file a written response to this Order to Show Cause and a response to the pre-filing letter no later than **Wednesday, March 16, 2016**.

**IT IS SO ORDERED.**

Dated: March 14, 2016

                                                      _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**