MAURICE J. FITZGERALD (SBN 149712)
ROBERT E. CARTWRIGHT, JR. (SBN 104284)
**THE CARTWRIGHT LAW FIRM, INC.**
222 Front Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 433-0444
Facsimile: (415) 433-0449
mfitzgerald@cartwrightlaw.com
rob@cartwrightlaw.com

Attorney for Plaintiff
SABRINA WOOD

MARTHA S. DOTY (SBN 143287)
LISA L. GARCIA (SBN 301362)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
martha.doty@alston.com
lisa.garcia@alston.com

Attorneys for Defendant
RADWARE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA WOOD, | Case No.: 15-cv-01178-YGR |
| Plaintiff, | (Hon. Yvonne Gonzalez Rogers) |
| v. | **ORDER GRANTING** **STIPULATION OF DISMISSAL** |
| RADWARE INC., JAMES COLBY; and DOES 1 to 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each side to bear its own costs fees.

1

2

Dated:  April 21, 2016

MAURICE J. FITZGERALD
ROBERT E. CARTWRIGHT, JR.
**THE CARTWRIGHT LAW FIRM, INC.**

3

/s/ Maurice J. Fitzgerald

4

5

_____
Maurice J. Fitzgerald
Attorneys for Plaintiff
SABRINA WOOD

6

7

8

Dated:  April 21, 2016

MARTHA S. DOTY
LISA L. GARCIA
**ALSTON & BIRD LLP**

9

/s/ Martha S. Doty

10

11

_____
Martha S. Doty
Attorneys for Defendant
RADWARE, INC.

12

13

ORDER

14

Pursuant to the above stipulation, this action is DISMISSED.

15

IT IS SO ORDERED.

16

17

Dated: April 22, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28